# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-771-451**

Effective date of registration:

February 6, 2012

## Title

**Title of Work:** Sunny Leone - Goddess

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 23, 2012   **Nation of 1st Publication:** United States

## Author

- **Author:** Sunlust Pictures, LLC
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sunlust Pictures, LLC
7336 Santa Monica Blvd Ste 31, West Hollywood, CA, 90046, United States

## Certification

**Name:** Paul Duffy
**Date:** February 6, 2012

**Registration #:** PA0001771451
**Service Request #:** 1-721350662



Prenda Law, Inc.
Paul Duffy
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139  United States