4/10/12

I Catherine Clanton request for this matter to be quashed.
I am a single mother, with four children. My children use my computer, as a source of entertainment.
Their friends come over with their computers. I do not allow my children to down load. I do work full time, but keep a close watch on what they do or see. So I assure you, there must be some confusion.
Please know that this matter has been talked about, and understood.
I live in Chattanooga TN. 316 Vista Dr, 37411

Sincerley
Catherine Clanton

Civil Action No. 12-CV-00656-CMA-KMT

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2012

GREGORY C. LANGHAM
CLERK