**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

SUNLUST PICTURES, LLC,                    :
                                          :
            Plaintiff,                    :
                                          :
v.                                        :   Case No. 1:12-CV-00656-CMA-KMT
                                          :
JOHN DOE,                                 :
                                          :
            Defendant.                    :
                                          :
                                          :
_____          :

**NOTICE OF ERROR/DEFICIENCY RE: [19] MOTION TO QUASH SUBPOENA
AND/OR ISSUE A PROTECTIVE ORDER, AND INCORPORATED MEMORANDUM
OF LAW**

I, attorney David Tamaroff, hereby file this Notice of Error/Deficiency with regard to

[Doc. No. 19] Motion to Quash Subpoena and/or Issue a Protective Order.  The subject Motion

was filed *pro se* by Interested Party Richard Roe (identified as IP address 98.168.237.107), and

appears to be substantially copied from my earlier filing in this case, [Doc. No. 15] Motion to

Dismiss and/or Issue a Protective Order.  While I consider this to be a compliment, I found error

in the fact that Richard Roe signed my name on the Certificate of Compliance with Fed. R. Civ.

P. 26(c)(1) and D. Colo. Loc. R. 7.1(A) and the Certificate of Service. (*See* Mot. to Quash [Doc.

No. 19], at 21, 25.)  I must make clear to the Court that I did not sign these Certificates, I do not

represent Richard Roe in this or any other matter, and I had no part in the filing of Richard Roe's

Motion [Doc. No. 19].

Respectfully submitted,

TAMAROFF & TAMAROFF, P.A.
The Alfred I. DuPont Building
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel: (305) 403-2020
Fax: (305) 403-2021
david@tamarofflaw.com

By:   /s/ David F. Tamaroff                    .
    **DAVID F. TAMAROFF**
    Florida Bar No. 92084
    david@tamarofflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system, and that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

Catherine Clanton                 Richard Roe
316 Vista Dr.                     176 Lake Road
Chattanooga, TN 37411             Huntsville, TX 77320
*Interested Party*                *Interested Party*

By:   /s/ David F. Tamaroff                    .
    **DAVID F. TAMAORFF**