(By Certified Mail)

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 21 2012**

**GREGORY C. LANGHAM**
**CLERK**

To:

**United States District Court for the Northern District of Illinois**

Clerk's Office
Alfred A. Arraj United States Courthouse, Room A 105
901 19th Street
Denver, Colorado 8294-3589

Subject: SUNLUST PICTURES, LLC *Plaintiff* V. JOHN DOE *Defendant*.   Civil Action No. 1:12-CV-00656-CMA-KMT.  If the action is pending in another district, state where:  District of Colorado.

Dear Sir or Madam,

I object to the release of this information and I deny doing any wrongdoing whatsoever. In reference to civil action No. 1:12-CV-00656-CMA-KMT.

I was very much shocked and disturbed when I received the copy of civil action through Charter Communications. This has caused me distress as I have not done such conduct. In fact I have never heard of Sunlust Pictures LLC, therefore I am not familiar with what the company does. In this case anyone who wants to check my premises I have no problem with that.

I strongly object visiting Sunlust Pictures LLC. I have doubt either that the security of our system has been stolen or there has been a complication of a virus (this is something I discussed with the computer specialist). With that said I again would like to draw your kind attention that I am totally ignorant of Sunlust Pictures. I plea I am not guilty.

If I need to do anything further, please let me know.


Sincerely,

Surender Chugh (Sam)

5/17/12

105 Meinrad St,
Lake Leelanau, MI 49653

Mailing Address
PO Box 178
Lake Leelanau, MI 49653