**VIA FACSIMILE**

May 22, 2012

District Court of Colorado
Deputy Clerk, Alfred A. Arraj
United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 2 2 2012**

GREGORY C. LANGHAM
CLERK

RE:   SUNLUST PICTURES, LLC v. JOHN DOE
      Civil Action No.: 1:12-cv-00656-CMA-KMT

Dear Deputy Clerk:

Enclosed for filing please find an Objection to Subpoena in regard to the above referenced matter. I have provided a copy of the same on Prenda Law Inc.

Sincerely,

*/s/ Todd Meyer*
Todd Meyer
914 West Center Street, Suite #1
Rochester, MN 55902


CC:   Prenda Law Inc.
      Charter Communications, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| SUNLUST PICTURES, LLC, <br> Plaintiff, <br> v. <br> JOHN DOE, <br> Defendant. | Civil Action No.: 1:12-cv-00656-CMA-KMT <br><br> **Objection to Subpoena** |

TO:   Prenda Law Inc., 161 N Clark St. Suite 3200, Chicago, Illinois, 60601, Charter Communications, Inc. Lega—File-Sharing Team, 12405 Powerscourt Dr., St. Louis, MO 63131 and District Court of Colorado, Deputy Clerk Alfred A. Arraj, United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589:

I, Todd Meyer an interested party in this matter hereby object to my ISP disclosing confidential and privileged information pursuant to a subpoena issued in this matter. My objection is based on the grounds that I am not a tortfeasor in this matter and should not have my privileged information disclosed.

Dated: 5/22/12

_____
Todd Meyer

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

AFFIDAVIT OF SERVICE BY FACSIMILE

SUNLUST PICTURES, LLC,   Civil Action No.: 1:12-cv-00656-CMA-KMT

        Plaintiff,

vs.

JOHN DOE,
        Defendant.

STATE OF MINNESOTA )
                      )ss
COUNTY OF OLMSTED )

I, Kelley Bower, being first duly sworn, depose and state that on **May 22, 2012**, I served the following documents: **Objection to Subpoena** by faxing a true and correct copy of each above-named document addressed to:

Prenda Law Inc.
161 N Clark St. Suite 3200
Chicago, Illinois, 60601

Charter Communication Inc.
Legal—File-Sharing Team
12405 Powerscourt Dr
St. Louis, MO 63131

via facsimile in the City of Rochester in the State of Minnesota.

                                              _____
                                              Kelley Bower

Subscribed and sworn to before me
this 22nd day of May 2012

_____
Notary Public

KATHRYN STEISKAL
NOTARY PUBLIC MINNESOTA
My Commission Ex. ... 2015

Appendix D

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _5-22-12_

2. Name of attorney or *pro se* party making the transmission: _Todd Meyer_

   Facsimile number: _____ Telephone number: _507-358-8111_

3. Case number, caption, and title of pleading or paper: _Sunlust Pictures, LLC v. John Doe Civil Action No: 1:12-cv-00656-CMA-KMT_

4. Number of pages being transmitted, including the facsimile cover sheet: _4_
   Instructions, if any: _None_

(Rev. (12/08))