IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SUNLUST PICTURES, LLC

          Plaintiff,

v.

JOHN DOE,

          Defendant.

_____/

Case No. 1:12-CV-00656-CMA-KMT

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

John Doe 72.207.101.141, by and through undersigned counsel, files this notice of supplemental authority in order to bring recent precedent to the Court's attention in support of John Doe 72.207.101.141's *Motion to Quash, Sever, and Dismiss*, filed May 22, 2012 as D.E. 44 in this suit (the "Motion"). The Motion attached as Exhibit E thereto a Magistrate Judge's ruling obtained by the undersigned counsel in another mass copyright suit. As the Motion explained, the Magistrate Judge in that case had recommended that the District Court quash the subpoenas at issue related to Doe Defendants who had filed a declaration on personal jurisdiction such as the one filed by John Doe 72.207.101.141 in this suit, attached as Exhibit B to the Motion. On May 23, 2012, the United States District Court for the Middle District of Florida entered **the order attached hereto as Exhibit A**, adopting the Magistrate Judge's Report and Recommendation and granting the undersigned counsel's motions to quash on behalf of multiple Doe Defendants. *See* Exhibit A at 6 (*NuImage, Inc. v. Does 1-3,932*, Case No. 2:11-cv-545-FtM-29SPC, D.E. 244 (M.D. Fla. May 23, 2012). The *NuImage* Court granted the motion to quash based on the same reasoning argued by the undersigned in this matter, holding that where the Doe Defendant does not have ties to the forum jurisdiction, "participation in a BitTorrent swarm does not provide the necessary minimum contact with the State." *Id*.

Respectfully submitted,

LALCHANDANI SIMON PL

By: /s/ Kubs Lalchandani
Kubs Lalchandani
Florida Bar No.: 0063966
kubs@lslawpl.com
Danny Simon
Florida Bar No.: 0016244
danny@lslawpl.com
25 SE 2nd Ave, Suite 1050
Miami, Florida 33131
Tel:   (305) 999-5291
Fax:   (305) 671-9282
*Attorneys for John Doe 72.207.101.141*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system, and that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

Catherine Clanton
316 Vista Dr.
Chattanooga, TN 37411
*Interested Party*

Richard Roe
176 Lake Road
Huntsville, TX 77320
*Interested Party*

By: /s/ Kabir Lalchandani
Kubs Lalchandani

2