IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00656–CMA–KMT

SUNLUST PICTURES, LLC,

    Plaintiff,

v.

JOHN DOE,
JOE,
JOHN DOE 35, and
JOHN DOE 72.207.101.141,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Sammy Soe's(IP Address 68.228.77.14) Unopposed Motion to Withdraw his Motion to Dismiss and/or Issue a Protective Order" (Doc. No. 70, filed June 26, 2012) is GRANTED. "Sammy Soe's (IP Address 68.228.77.14) Motion to Dismiss and/or Issue a Protection Order, and Incorporated Memorandum of Law" (Doc. No. 30) is WITHDRAWN.

Dated: July 17, 2012