**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| SUNLUST PICTURES, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 1:12-CV-00656-CMA-KMT |
| JOHN DOE, | : |
| Defendant. | : |

**<u>NOTICE OF CHANGE OF LAW FIRM TELEPHONE AND FACSIMILE NUMBERS</u>**

The undersigned counsel respectfully notifies the Court and all counsel and *pro se* parties of record that the law firm of Tamaroff & Tamaroff, P.A. has changed its telephone number to (305) 350-7440 and its facsimile number to (305) 350-7441.

Respectfully submitted,

TAMAROFF & TAMAROFF, P.A.
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel: (305) 350-4770
Fax: (305) 350-4771
admin@tamarofflaw.com

By:  /s/ David F. Tamaroff.
    **DAVID F. TAMAROFF**
    Florida Bar No. 92084
    david@tamarofflaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system, and that a true and correct copy of the foregoing was sent via First-Class, postage prepaid to:

Richard Roe
176 Lake Road
Huntsville, TX 77320
*Interested Party, pro se*

Surender (Sam) Chugh
P.O. Box 178
Lake Leelanau, MI 49653
*Interested Party, pro se*

Todd Meyer
914 West Center St., #1
Rochester, MN 55902
*Interested Party, pro se*

Sam Soe
Music Law Firm
PO Box 219
Merrimac, MA 01860
*Interested Party, pro se*

By:  /s/ David F. Tamaroff.
**DAVID F. TAMAROFF**