# ANDERSON & ASSOCIATES

*Attorneys At Law*
**A PROFESSIONAL LAW CORPORATION**

Tel. (757) 301-3636
Fax (757) 301-3640

*Timothy V. Anderson*
*Bryan W. Harrison*
*Robert W. Herron III*

October 3, 2012

Clerk of the United States District Court
Via CM/ECF

    Re.    Sunlust v. Cisa
           1:12-cv-00656-CMA-KMT

Dear Clerk:

Please add an additional CM/ECF notice email for the Plaintiff to be sent to:

docket@wefightpiracy.com

Thank you

                      Sincerely,
                      /s/ Timothy V. Anderson
                      Timothy V. Anderson