## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**SUNLUST PICTURES LLC**

    Plaintiff(s)

v.

**WILLIAM CISA**

    Defendant(s)

**CASE NUMBER: 1:12CV656-CMA-KMT**

**AFFIDAVIT OF DUE DILIGENCE**

I, Joe Rael, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **September 20, 2012** at approximately **3:17 PM**, Elite Legal Services received the within **SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; FIRST AMENDED COMPLAINT JURY TRIAL DEMANDED; EXHIBITS** for service on **WILLIAM CISA**. I have made due and diligent effort to complete service of process, but I have been unable to successfully serve the documents. My attempts of service and notes are as follows:

| Date/Time | Address | Attempt Information |
| --- | --- | --- |
| 09/25/2012-1:25 PM | 530 E. 20TH AVE DENVER, CO 80205 in DENVER COUNTY | THERE IS NO RESPONSE AT THE LOFT. I GAINED ACCESS TO THE SECURED LOFT COMPLEX. THERE WAS NO ANSWER AT THE DOOR. THERE WERE NO DIRECTORIES AND ONLY CLUSTERED MAIL BOXES. |
| 09/26/2012-7:45 PM | 530 E. 20TH AVE DENVER, CO 80205 in DENVER COUNTY | NO ACCESS INTO THE BUILDING OR LOFTS. |
| 09/27/2012-3:56 PM | 530 E. 20TH AVE DENVER, CO 80205 in DENVER COUNTY | NO ACCESS INTO THE BUILDING OR LOFTS. |
| 09/29/2012-1:55 PM | 530 E. 20TH AVE DENVER, CO 80205 in DENVER COUNTY | NO ACCESS INTO THE BUILDING OR LOFTS. |
| 10/02/2012-2:45 PM | 530 E. 20TH AVE DENVER, CO 80205 in DENVER COUNTY | NO ACCESS INTO THE BUILDING OR LOFTS. THERE IS NO MANAGEMENT TO CALL. |
| 10/16/2012-9:40 AM | THE CORNER OFFICE DENVER RESTAURANT, 1401 CURTIS ST. DENVER, CO 80202 in DENVER COUNTY | THIS IS A BAD ADDRESS. SPOKE WITH ANDREW OWENS WHO STATED THE DEFENDANT HAS BEEN TERMINATED AND IS NO LONGER WORKING IN THE RESTAURANT. |

STATE OF COLORADO
COUNTY OF __Denver__

Signed and sworn to before me on this __22nd__ day of __October__, 20__12__.

_____
Notary Public

X _____
Joe Rael

Elite Legal Services
2755 S. Locust St. Suite 221
Denver, CO 80222

[Notary Seal: ETHAN REECE, NOTARY PUBLIC, STATE OF COLORADO, MY COMMISSION EXPIRES 01/25/2016]

ANDERSON & ASSOCIATES
2492 NORTH LANDING RD
STE 104
VIRGINIA BEACH, VA 23456
Requestor: TIMOTHY V. ANDERSON

303-635-6934                                                                                           (757) 301-3636

Client Reference Number:
Lawyer Reference Number:
EPS Number: **28124**

*28124*