# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

SUNLUST PICTURES, LLC,

    Plaintiff,

v.

WILLIAM CISA,

    Defendant.

CASE NO. 1:12-cv-00656

Judge: Hon. Christine M. Arguello

Magistrate Judge: Hon. Kathleen M. Tafoya

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. The Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

Sunlust Pictures, LLC

DATED: December 28, 2012

By:   s/ Timothy V. Anderson
       ***Timothy V. Anderson, Esq.***
       Anderson & Associates, PC
       2492 North Landing Rd, Ste 104
       Virginia Beach, VA 23456
       Telephone: (757) 301-3636
       FAX: (757) 301-3640
       E-mail: timanderson@virginialawoffice.com
       Attorney for Plaintiff Sunlust Pictures, LLC

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 28, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                                                             ___/s/ Timothy V. Anderson_____
                                                                                                              Timothy V. Anderson, Esq.